# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TETI AMUN RA-BEY EX RELATIONE [SMITH, CARL],<br><br>Petitioner<br><br>v.<br><br>PHILADELPHIA DEPARTMENT OF PRISONS I.E. [PHILADELPHIA INDUSTRIAL CORRECTIONS CENTER] D/B/A WARDEN MICHELLE FERRELL PHILADELPHIA COURT OF COMMON PLEAS D/B/A TIMIKA LANE, JUDGE COMMONWEALTH OF PENNSYLVANIA D/B/A ASSISTANT DISTRICT ATTORNEY MIKE MCFARLAND,<br><br>Respondents | : No. 5 EM 2020 |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of March, 2020, the Application for Leave to File Original Process and the "Writ of Habeas Corpus ad Subjiciendum" are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record and to strike the name of the jurist from the caption.